387 A.2d 114

Educational Management & Evaluation Consultants, Inc. v. Triplett, Appellant, et al.

Argued December 13, 1977. S. Regen Ginsburg, for appellant; Robert G. Bauer, with him Gerald F. Tietz, for appellee.

614

Order affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.